David J. Smith                    vs.        Westfield Vocational Technical High School
106 St. Jerome Ave.                               33 Smith Ave.
Holyoke, Mass. 01040                          Westfield, Mass. 01085
(413) 533- 4619                                  (413) 572- 6533

Division Manager
U.S. District Court
Springfield, Mass. 01103

Re; Formal Written Complaint


To whom it may Concern,

   I am writing to request/ complain to the U.S. District court that above named defendant has committed acts which were/ are against my civil rights. These actions are in violation of M.G.L. Chapter 151B, Section 4,Paragraph 1, and Title VII of the 1964 Civil rights Act as amended. Beginning in September 2002 and continuing until most recently March 24th, 2003. Westfield Voc Tech High School discriminated against me by singling me out and subjecting me to unequal terms and conditions of employment based on my race and color. (Black)

   There were several reasons why I believe I was discriminated against, however I shall mention the particulars in which have had the most lasting effects.

1) All other paraprofessionals had specific duties to perform each day, these included filling out progress reports for the students. When I inquired as to why I was not participating, I was told by Vicky Peck (teacher) that I was not required to do them. This gave me the impression that I was to focus solely on the students, which I did from then on. Upon my hire I was told by Robert Thompson, principal of Granville Public schools, that if I were to have any problems I could speak to a Mr. Stanley Warren, who was the Special Education Team Leader at Westfield Voc Tech High School. After encountering several students, which informed me of derogatory comments being made by the other paraprofessionals about myself, I approached Mr. Warren who literally threw his hands in the air and said, "I am not your supervisor." This made me feel singled out and alone in my position.

2) In September of 2002 I met for the first time with Ms. Dmitra Cook who also had a position in the Special Education Dept. of the Westfield Voc Tech High School. She informed me of some attendance issues, and said if I could not make it in to

| **JUDGMENT FOR DEFENDANT(S)** | DOCKET NUMBER **200417SC000682** | **Trial Court of Massachusetts** **District Court Department** **Small Claims Session** |
|---|---|---|

CASE NAME  **DAVID J. SMITH  vs.  ROBERT THOMPSON AS OFFICER OF OR AGENT FOR GRANVILLE SCHOOL DISTRICT**

PLAINTIFF(S) WHO ARE PARTIES TO THIS JUDGMENT
P01 DAVID J. SMITH

CURRENT COURT
Holyoke District Court
20 Court Plaza
Holyoke, MA 01040-5075
(413) 538-9710

DEFENDANT(S) WHO ARE PARTIES TO THIS JUDGMENT
D01 ROBERT THOMPSON as officer of or agent for  GRANVILLE SCHOOL

WHEN
YOU
MUST
APPEAR

ROOM/SESSION

PARTY TO WHOM THIS COPY OF JUDGMENT IS ISSUED
P01 DAVID J. SMITH
106 ST. JEROME AVENUE
HOLYOKE, MA 01040

ATTORNEY FOR PARTY TO WHOM THIS COPY OF JUDGMENT IS ISSUED

### JUDGMENT FOR DEFENDANT(S)

On the above claim, after trial by a magistrate, the Court has entered JUDGMENT IN FAVOR OF THE DEFENDANT(s) listed above. This means that the defendant(s) does not have to pay the plaintiff(s) any part of the claim or costs in this claim.

The plaintiff(s) does not have any right of appeal from this judgment. Uniform Small Claims Rule 8 provides that for good reason a plaintiff may file a motion within one year of this judgment, with notice to the defendant(s), requesting the Court to vacate or amend this judgment.

| DATE JUDGMENT ENTERED 04/05/2005 | CLERK-MAGISTRATE/ASST. CLERK X  _Frederick K Davorington_ |
|---|---|

Date/Time Printed:    04/05/2005 03:27 PM

FORM NO.

3/14/05

David J. Smith                              (413)533-4619
106 St. Jerome Ave.
Holyoke, Mass. 01040

VS.

Westfield Voc Tech High School
   33 Smith Ave.
Westfield, MA. 01085


I am writing to request/complain to the court(s) that above named defendant has committed actions which were/are against my civil rights. I have lost considerable wages, as well as further educational and career opportunities due to these actions. I have enclosed an original complaint with the particulars describing discriminatory acts. (please see complaint) I have sought other venues w/no satisfaction, I now have come to the process of filing a private lawsuit in Federal Court, as instructed by the E.E.O.C. Made under the penalties of perjury.

David J. Smith
David J. Smith

## DISCRIMINATION COMPLAINT
### MASSACHUSETTS COMMISSION AGAINST DISCRIMINATION

| FEPA NO.: | FILING DATE: |
|---|---|
| EEOC NO.: | VIOLATION DATE: 3-24-03 |

NAME OF AGGREIVED PERSON OR ORGANIZATION:

David Smith
106 Jerome Ave
Holyoke, MA 01040

TELEPHONE NUMBERS:
HOME: (413) 536-1742
WORK:

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY OR STATE/LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

Westfield Vocational/Technical High School
33 Smith Avenue
Westfield, Ma 01085

TELEPHONE NO.: (413) 572-6533
NO. OF EMPLOYEES: 25+

CAUSE OF DISCRIMINATION BASED ON: Race & Color

Beginning in September 2002 and continuing until most recently March 24, 2003, Westfield Vocational Technical High School discriminated against me by singling me out and subjecting me to unequal terms and conditions of employment based on my race & Color (Black). Respondent's conduct is in violation of M.G.L. Chapter 151B, Section 4, Paragraph 1, and Title VII of the 1964 Civil Rights Act as amended.
THE PARTICULARS ARE:

1. I was hired at Westfield Vocational/Technical High School on August 29, 2002 as a paraprofessional. My work performance has always been satisfactory.
2. In or around September 2002, I received an oral warning from Special Ed Director Ms. Cook regarding my tardiness. After this oral warning I improved my attendance and did not come into work late again.
3. I was never informed of the specific duties that I was to perform. Over time it became clear that my duties were different than the other paraprofessionals. On or around the end of November 2002, I saw other paraprofessionals filling out progress report evaluations of the students. Since the other paraprofessionals were doing this I asked a teacher, Ms. Vicky Peck (Caucasian) how I could help. She told me to not worry about it and they would handle it; this gave me the impression that I was to focus on the students. I seemed to be the only paraprofessional that was unclear on the job duties I was to perform.
4. On or about late November, early December 2002 more than three different students approached me about a guidance counselor Henry Bannish, who they said had been questioning female students about my conduct. The guidance counselor asked these students whether or not I had been hitting on some of the female students and asking them out. The guidance counselor never questioned students about other paraprofessionals (all Caucasian).
5. Throughout my employment other paraprofessionals received notices regarding grants and workshops regarding opportunities to further education with a possibility of financial assistance. In one instance I asked another paraprofessional, Gail Brannan (Caucasian) where she got a particular notice on one of these workshops. She told me that she

received them in her mailbox. I was the only paraprofessional that did not receive these grant notices in my mailbox.

6. On March 18, 2003 I received an evaluation from two teachers. These evaluations brought to my attention some performance issues that I was not aware of up until this point.

7. My evaluation stated that my attendance was fair, however, in the fall after my discussion with Ms. Cook I never came in late again; this evaluation never made reference to my improvement.

8. My evaluation also stated that I would sit and read a book rather than helping students. This is partially untrue. I would read, but only when the students were listening to a lecture given by their teacher. I was not the only paraprofessional that would read at this time of the day; Mr. Dana Parenzo (Caucasian) always read newspapers and he was never reprimanded for this.

9. On March 24, 2003, one week after my first evaluation, Mr. Thompson (supervisor) told me that I was to resign from my job or I would be terminated. Mr. Thompson provided me with my resignation letter; it was already written out for me, and I just signed it.

10. Westfield Vocational/Technical High School discriminated against me by singling me out and subjecting me to unequal terms and conditions of employment and eventually forced me to resign on the basis of my race and color (Black).

I also want this charge filed with the EEOC: __XX__ .

I WILL ADVISE THE AGENCIES IF I CHANGE MY ADDRESS OR TELEPHONE NUMBER AND I WILL COOPERATE FULLY WITH THEM IN THE PROCESSING OF MY CHARGE IN ACCORDANCE WITH THEIR PROCEDURES.

I SWEAR OR AFFIRM THAT I HAVE READ THIS COMPLAINT AND THAT IT IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

David Smith

SWORN TO AND SUBSCRIBED BEFORE ME THIS 23 DAY OF May, 2003.

NOTARY PUBLIC

My Commission Expires: 11|28|08 .

SUEHAIL RAMOS
Notary Public
Commonwealth of Massachusetts
My Commission Expires
November 28, 2008

℀JS 44  (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
David J Smith
166 St Jerome Ave
Holyoke Mass. 01040

(b) County of Residence of First Listed Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)

## DEFENDANTS
Westfield Voc-Tech High School
33 Smyth Ave.
Westfield, MA. 01085

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | ☒ 441 Voting | ☐ 510 Motions to Vacate Sentence | | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☒ 442 Employment | **Habeas Corpus:** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☒ 443 Housing/ Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☐ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Civil Rights GLc 12, S 11H
Brief description of cause:
Race /Ethnicity

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE
DOCKET NUMBER

DATE

SIGNATURE OF ATTORNEY OF RECORD

---

**FOR OFFICE USE ONLY**

RECEIPT #_____  AMOUNT_____  APPLYING IFP_____  JUDGE_____  MAG. JUDGE_____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) David J Smith vs. Westfield Voc-Tech School

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

_____ I.      160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

__X__ II.     195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,      *Also complete AO 120 or AO 121
              740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.          for patent, trademark or copyright cases

_____ III.    110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
              315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
              380, 385, 450, 891.

_____ IV.     220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
              690, 810, 861-865, 870, 871, 875, 900.

_____ V.      150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

                                                          YES ☐        NO ☒

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)

                                                          YES ☒        NO ☐

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

                                                          YES ☐        NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

                                                          YES ☐        NO ☐

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

                                                          YES ☐        NO ☐

   A.    If yes, in which division do all of the non-governmental parties reside?

         Eastern Division ☐          Central Division ☐          Western Division ☐

   B.    If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

         Eastern Division ☐          Central Division ☐          Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

                                                          YES ☐        NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME    David J. Smith
ADDRESS    106 St Jerome Ave   Holyoke Mass. 01040
TELEPHONE NO.    (413) 533 4619