UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


DAVID J. SMITH

V.                                    CA NO:    05-30099-MAP

WESTFIELD VOCATIONAL TECHNICAL HIGH SCHOOL

ORDER

September 30, 2005

Pursuant to the provisions of Local Rule 4.1 and F.R. Civ. P. 4(m), the above captioned case is dismissed for failure of the plaintiff to file returns of service within 120 days of the filing of the complaint.

It is so ordered.


MICHAEL A. PONSOR
U.S. DISTRICT JUDGE